# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF SANTA BARBARA , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15–cv–01509–JFW–JEM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

\_\_\_\_         \_\_\_\_         \_\_\_\_

Date Filed        Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: March 3, 2015          By: /s/ *Estrella Tamayo*
                                  Deputy Clerk