NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Patrick McNicholas - SBN 125868
David Angeloff - SBN 272929
McNicholas & McNicholas, LLP
10866 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90024
(310) 474-1582

Todd Becker - SBN 127567
Inna S. Demin - SBN 266737
ATTORNEY(S) FOR: Plaintiffs Junan Chen, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Junan Chen, Kelly Yao Wang, Changshuang Wang, Jinshuang Liu, Lichu Chen, and Wenquei Hong Plaintiff(s), v. County of Santa Barbara; Santa Barbara County Sheriff's Department; Capri Apartments at Isla Vista; Asset Campus Housing; and Does 1 through 200, inclusive Defendant(s) | CASE NUMBER: 2:15-CV-01509 |
|---|---|
| | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Plaintiffs Junan Chen, Kelly Yao Wang, Changshuang Wang, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Junan Chen | Plaintiffs who may be entitled to compensation |
| Kelly Yao Wang | |
| Changshuang Wang | |
| Jinshuang Liu | |
| Lichu Chen | |
| Wenquei Hong | |

March 4, 2014                             /s/ Patrick McNicholas
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs, Junan Chen, et al.