Todd Becker – State Bar. No. 127567
Inna S. Demin – State Bar. No. 266737
BECKER LAW GROUP
3750 E. Anaheim Street, Suite 100
Long Beach, CA, 90804
Tel: (562) 495-1500
Fax: (562) 494-8904

Patrick McNicholas – State Bar No. 125868
David Angeloff – State Bar No. 272929
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel:  (310) 474-1582
Fax:  (310) 475-7871

Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG,
JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>-vs.-<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01509-JFW (JEMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Complaint Filed: March 2, 2015 |

/ / /

/ / /

1
Declaration of Lead Trial Counsel

**DECLARATION OF PATRICK MCNICHOLAS**

I, PATRICK MCNICHOLAS, declare as follows:

1. I am an attorney at law duly qualified to practice before the Courts of the State of California and before this Court and am a member of the firm of McNicholas & McNicholas, LLP, attorneys for Plaintiffs Junan Chen, Kelly Yao Wang, Changshuang Wang, Jinshuang Liu, Lichu Chen and Wenquei Hong ("Plaintiffs") in the above captioned matter.  The facts stated herein are stated of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. This "Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing" is filed pursuant to and in compliance with this Court's "STANDING ORDER," Section 3(a). I am lead trial counsel on behalf of Plaintiffs in this action. I, as well as my co-counsel Todd Becker, am registered as an "ECF User" with the United States District Court for the Central District of California. My email address of record, as set forth in the caption hereinabove and registered with the ECF system, is pmc@mcnicholaslaw.com. I, along with Mr. Becker, have consented to service and receipt of filed documents by electronic means in this action.

Dated:  March 12, 2015.                                McNICHOLAS & McNICHOLAS, LLP

                                                       BECKER LAW GROUP


                                              By:     /s/ Patrick McNicholas
                                                      Patrick McNicholas
                                                      David Angeloff
                                                      Attorneys for Plaintiffs,
                                                      JUNAN CHEN, KELLY YAO WANG,
                                                      CHANGSHUANG WANG, JINSHUANG
                                                      LIU, LICHU CHEN, and WENQUEI HONG