MICHAEL C. GHIZZONI, COUNTY COUNSEL
LISA A. ROTHSTEIN, SR. DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: lrothst@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: CV 15-1509-JFW (JEMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Judge: Hon. John F. Walter<br>Courtroom: 16 – Spring Street |

///
///
///
///
///
///

**DECLARATION OF LEAD TRIAL COUNSEL RE ELECTRONIC FILING**

1.

## DECLARATION OF LISA A. ROTHSTEIN

I, Lisa A. Rothstein, declare:

1. I am an attorney at law, duly licensed to practice in the State of California, and a Senior Deputy County Counsel in the Office of County Counsel for the County of Santa Barbara, and attorney of record in the above entitled case. I have personal knowledge of all of the matters discussed in this declaration, and if called, could testify to the matters set forth below based on my personal knowledge.

2. This "Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing" is filed pursuant to and in compliance with this Court's "STANDING ORDER," Section 3(a). I am lead trial counsel on behalf of Defendants County of Santa Barbara and Santa Barbara County Sheriff's Department in this action. I am a registered "ECF User" with the United States District Court for the Central District of California. My email address of record, as set forth in the caption above and registered with the ECF system, is lrothst@co.santa-barbara.ca.us. I have consented to service and receipt of filed documents by electronic means in this action.

Dated: March 18, 2015         MICHAEL C. GHIZZONI
                              COUNTY COUNSEL

                              By: /s/
                              Lisa A. Rothstein
                              Senior Deputy County Counsel
                              Attorneys for Defendant
                              COUNTY OF SANTA BARBARA and SANTA
                              BARBARA COUNTY SHERIFF'S DEPARTMENT

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**DECLARATION OF LEAD TRIAL COUNSEL RE ELECTRONIC FILING**
2.

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On March 18, 2015, I served a true copy of the within **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** on the interested parties in this action by:

☒    electronic transmission via CM/ECF to the persons indicated below:

Todd Becker
Inna S. Demin
BECKER LAW GROUP
3750 E. Anaheim St., Suite 100
Long Beach, CA  90804
demin@toddbeckerlaw.com
becker@toddbeckerlaw.com

Patrick McNicholas
David Angeloff
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024
pmc@mcnicholaslaw.com
da@mcnicholaslaw.com

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at Santa Barbara, California.

/s/
Sue Collisson

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950