NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael C. Ghizzoni, County Counsel
Lisa A. Rothstein, Deputy (Bar # 120338)
Santa Barbara County Office of County Counsel
105 E. Anapamu St. # 201
Santa Barbara, CA 93101
(805) 568-2950 / Fax (805) 568-2983
lrothst@co.santa-barbara.ca.us

ATTORNEY(S) FOR: County of Santa Barbara and Co. Sheriff's Dept.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Junan Chen et al. | CASE NUMBER: |
| Plaintiff(s), | CV 15-1509-JFW (JEMx) |
| v. | |
| County of Santa Barbara et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     County of Santa Barbara and Santa Barbara County Sheriff's Department
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| County of Santa Barbara | Defendant public entity |
| Santa Barbara County Sheriff's Department | Defendant subsidiary of County of Santa Barbara |

March 18, 2015
Date

/s/ Lisa A. Rothstein
Signature

Attorney of record for (or name of party appearing in pro per):

Lisa A. Rothstein, Sr. Deputy County Counsel

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On March 18, 2015, I served a true copy of the within **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by:

☒ electronic transmission via CM/ECF to the persons indicated below:

Todd Becker
Inna S. Demin
BECKER LAW GROUP
3750 E. Anaheim St., Suite 100
Long Beach, CA  90804
demin@toddbeckerlaw.com
becker@toddbeckerlaw.com

Patrick McNicholas
David Angeloff
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024
pmc@mcnicholaslaw.com
da@mcnicholaslaw.com

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at Santa Barbara, California.

_____/s/_____
Sue Collisson