MICHAEL C. GHIZZONI, COUNTY COUNSEL
LISA A. ROTHSTEIN, SR. DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: lrothst@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTS; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: CV 15-1509-JFW (JEMx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT TO RESPOND TO COMPLAINT (L.R. 8-3)**<br><br>Complaint served on: March 12, 2015<br>Current response date: April 2, 2015<br>Proposed response date: May 4, 2015<br><br>Judge:  Hon. John F. Walter<br>Courtroom:   16 – Spring Street |

Plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG and Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, by and through their respective counsel, submit the following Stipulation pursuant to Local Rule 8-3 (Response to Initial Complaint):

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

1    Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA
2 COUNTY SHERIFF'S DEPARTMENT seek a 30-day extension to answer or
3 otherwise respond to Plaintiffs' Complaint for Damages.  Plaintiffs stipulate to
4 this extension.  With the Court's approval, these defendants' response will be
5 due on or before May 4, 2015.

6                    <u>COURT'S STANDING ORDER</u>
7    The parties are aware that under the Court's Standing Order, no
8 stipulation to extend time is effective until the Court's approval.   This
9 information is provided per the Standing Order:

10   (a)   The existing due date is April 2, 2015. No additional dates have yet
11         been set by the Court;

12   (b)   The new date proposed by the parties is May 4, 2015.

13   (c)   The reason for the requested extension, which is provided for by
14         Local Rule 8-3, is that these defendants intend to file a Motion to
15         Dismiss under Federal Rule of Civil Procedure 12(b)(6).  Due to the
16         nature of the issues and counsels' current caseloads, County Counsel
17         requires additional time to prepare a quality motion.

18   (d)   There have been no prior requests for an extension by any parties.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
2.

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, pending Court approval, that the COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT may have until May 4, 2015, to file a response to the Complaint for Damages.

Dated: March 17, 2015        MICHAEL C. GHIZZONI
                             COUNTY COUNSEL


                             By: /s/_____
                             Lisa A. Rothstein
                             Senior Deputy County Counsel
                             Attorneys for Defendant
                             COUNTY OF SANTA BARBARA and SANTA
                             BARBARA COUNTY SHERIFF'S DEPARTMENT


Dated: March 17, 2015        McNICHOLAS & McNICHOLAS, LLP


                             By: /s/_____
                             Patrick McNicholas
                             Attorneys for Plaintiffs
                             JUNAN CHEN, KELLY YAO WANG,
                             CHANGSHUANG WANG, JINSHUANG LIU,
                             LICHU CHEN, and WENQUEI HONG

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On March 18, 2015, I served a true copy of the within **STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPRATMENT TO RESPOND TO COMPLAINT (L.R. 8-3)** on the interested parties in this action by:

☒    electronic transmission via CM/ECF to the persons indicated below:

Todd Becker
Inna S. Demin
BECKER LAW GROUP
3750 E. Anaheim St., Suite 100
Long Beach, CA  90804
demin@toddbeckerlaw.com
becker@toddbeckerlaw.com

Patrick McNicholas
David Angeloff
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024
pmc@mcnicholaslaw.com
da@mcnicholaslaw.com

☒    (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 18, 2015, at Santa Barbara, California.

_____
/s/
Sue Collisson

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
4.