MICHAEL C. GHIZZONI, COUNTY COUNSEL
LISA A. ROTHSTEIN, SR. DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: lrothst@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTS; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: CV 15-1509-JFW (JEMx)<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT TO RESPOND TO COMPLAINT (L.R. 8-3)**<br><br>Complaint served on: March 12, 2015<br>Current response date: April 2, 2015<br>Proposed response date: May 4, 2015<br><br>Judge:  Hon. John F. Walter<br>Courtroom:   16 – Spring Street |

PURSUANT TO THE STIPULATION BY THE PARTIES, IT IS HEREBY ORDERED, that the COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT may have until May 4, 2015, to file a response to the Complaint for Damages.

Dated: March 18, 2015                     _____
                                          HON. JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950