| | |
|---|---|
| 1 | Todd Becker – State Bar. No. 127567 |
| | Inna S. Demin – State Bar. No. 266737 |
| 2 | BECKER LAW GROUP |
| | 3750 E. Anaheim Street, Suite 100 |
| 3 | Long Beach, CA, 90804 |
| | Tel: (562) 495-1500 |
| 4 | Fax: (562) 494-8904 |

Patrick McNicholas – State Bar No. 125868
David Angeloff – State Bar No. 272929
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel: (310) 474-1582
Fax: (310) 475-7871

Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG,
JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>-vs.-<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01509-JFW (JEMx)<br><br>**NOTICE OF SCHEDULING CONFERENCE PURSUANT TO COURT ORDER**<br><br>Complaint Filed: March 2, 2015<br><br>Judge: Hon. John F. Walter<br>Courtroom: 16 – Spring Street |

///

///

1
Notice of Scheduling Conference Pursuant To Court Order

1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 |     PLEASE TAKE NOTICE that a Scheduling Conference has been set in the above-styled action for June 15, 2015 at 8:30 a.m., before Judge John F. Walter in Courtroom 16, U.S. Courthouse, 312 N. Spring Street, Los Angeles, CA.

    Attached hereto as Exhibit 1 is a true and correct copy of the Court Order giving notice of the Scheduling Conference.

Dated: March 19, 2015.                                  McNICHOLAS & McNICHOLAS, LLP

                                                                                      BECKER LAW GROUP

                                       By:   /s/ Patrick McNicholas
                                                     Patrick McNicholas
                                                     David Angeloff
                                                     Attorneys for Plaintiffs,
                                                     JUNAN CHEN, KELLY YAO WANG,
                                                     CHANGSHUANG WANG, JINSHUANG
                                                     LIU, LICHU CHEN, and WENQUEI HONG

**DECLARATION OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of Los Angeles County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 10866 Wilshire Boulevard, Suite 1400, Los Angeles, CA.

On <u>March 19, 2015</u>, I served a true copy of the within **NOTICE OF SCHEDULING CONFERENCE PURSUANT TO COURT ORDER**, on the interested parties in this action by:

**X**     electronic transmission via CM/ECF to the persons indicated below:

Lisa A. Rothstein
Senior Deputy County Counsel
County of Santa Barbara
105 E. Anapamu Street
Suite 201
Santa Barbara, CA 93101
T: 805-568-2950
F: 805-568-2983
lrothst@co.santa-barbara.ca.us


**X**     (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on <u>March 19, 2015</u>, at Los Angeles, California.

/s/Millie A. Capellan
Millie A. Capellan