

POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN P. MCNICHOLAS III  33530<br>MCNICHOLAS & MCNICHOLAS<br>10866 WILSHIRE BLVD., SUITE 1400<br>LOS ANGELES, CA 90024<br>  TELEPHONE: (310) 474-1582<br>ATTORNEY FOR:<br>  USDC - LOS ANGELES<br>    STREET ADDRESS: per rule 2.150 (a)(8):<br>    MAILING ADDRESS: the address of the court is not required<br>  CITY AND ZIP CODE:<br>    BRANCH NAME: | |

| Plaintiff | JUNAN CHEN | CASE NUMBER: |
|---|---|---|
| Defendant | COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) |
| | **PROOF OF SERVICE OF SUMMONS** | Clt. Ref. or File No.: |
| | (Separate proof of service is required for each party served.) | UCSB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES
   OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED
   PARTIES; STANDING ORDER; NOTICE OF ASSIGNMENT TO UNITED STATED JUDGES

3. a. [XX] Party served
         ASSET CAMPUS HOUSING

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
           a person under item 5b on whom substituted service was made) (specify name and relationship to the party
           named in item 3a):
           CSC LAWYERS INCORPORATING SERV, BECKY DEGEORGE

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE #150N
                                        SACRAMENTO, CA 95833

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
           to receive service of process for the party (1) on (date): 03/12/15 (2) at (time): 1:49 pm.

         (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
                  served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
                  on (date):         from (city):              or [__] a declaration of mailing is attached.
         (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Computer-generated form<br>Judicial Council of California<br>POS-010 (Rev. January 1, 2007)   GO: 11 perlaf | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10<br>AX0211-15305612 |

| | | |
|---|---|---|
| Plaintiff | JUNAN CHEN | CASE NUMBER: |
| Defendant | COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) |

    c. [ ] by mail and acknowledgment of receipt of service, I mailed the documents listed
        in item 2 to the party, to the address shown in Item 4, by first-class mail,
        postage prepaid.

        (1) on (date):        (2) from (city):
        (3) [ ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4))
            and a postage paid return envelope addressed to me. (Attach completed
            Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
            Proc., 415.30).)

        (4) [ ] to an address outside California with return receipt requested.
            (Code Civ. Proc., 415.40)
    d. [ ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of (specify):

    c. [ ] as occupant/tenant.
    d. [XX] on behalf of:
        ASSET CAMPUS HOUSING

    under the following Code of Civil Procedure section:
    [XX] CCP 416.10 (corporation)    [ ] 416.60 (minor)
    [ ] 416.20 (defunct corporation)    [ ] 416.70 (ward or conservatee)
    [ ] 416.30 (joint stock or company association)    [ ] 416.90 (authorized person)
    [ ] 416.40 (association or partnership)    [ ] 415.46 (occupant/tenant)
    [ ] 416.50 (public entity)    [ ] other:
    [ ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: S. MONTES
    b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
    c. Telephone number: (213) 928-7247
    d. The fee for service was: $ 129.95  (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
        (1) [ ] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code
            Section 22350(b).
        (3) [XX] registered California process server:
            (i) [ ] Owner  [ ] Employee  [XX] Independent contractor.
            (ii) Registration No.: 15-005
            (iii) County: Stanislaus

8. [XX] I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
    or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 03/13/15

    S. MONTES                                                                     (signature)
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

Page 2 of 2

Computer-generated form        PROOF OF SERVICE OF SUMMONS        Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)    GO: 11