Todd Becker – State Bar. No. 127567
Inna S. Demin – State Bar. No. 266737
BECKER LAW GROUP
3750 E. Anaheim Street, Suite 100
Long Beach, CA, 90804
Tel: (562) 495-1500
Fax: (562) 494-8904

Patrick McNicholas – State Bar No. 125868
David Angeloff – State Bar No. 272929
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Tel:  (310) 474-1582
Fax:  (310) 475-7871

Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG,
JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>-vs.-<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No.: 2:15-CV-01509-JFW (JEMx)<br><br>**NOTICE OF ERRATA AND CORRECTION RE PROOF OF SERVICE OF SUMMONS SERVED ON DEFENDANT CAPRI APARTMENTS AT ISLA VISTA**<br><br>Complaint Filed: March 2, 2015 |

/ / /

/ / /

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUAN WANG, JINSHUANG LIU, LICHU CHEN, AND WENQUEI HONG ("Plaintiffs") hereby provide notice of errata and correction as follows:

On April 1, 2015, Plaintiffs filed a Summons In A Civil Action[1] directed to Defendant Capri Apartments at Isla Vista ("Capri Apartments") when it intended to file the Proof of Service of Summons on Capri Apartments. The Proof of Service of Summons pertaining to Capri Apartments has been correctly filed and it is reflected on the Court's docket as Document 19.

Dated:  April 1, 2015.                    McNICHOLAS & McNICHOLAS, LLP

                                          BECKER LAW GROUP


                                          By:    /s/ Patrick McNicholas
                                                 Patrick McNicholas
                                                 David Angeloff
                                                 Attorneys for Plaintiffs,
                                                 JUNAN CHEN, KELLY YAO WANG,
                                                 CHANGSHUANG WANG, JINSHUANG
                                                 LIU, LICHU CHEN, and WENQUEI HONG

---

[1] This "Summons In A Civil Action" is reflected on the Court's docket as Document 18.

**<u>DECLARATION OF SERVICE BY MAIL</u>**

I am a citizen of the United States and a resident of Los Angeles County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 10866 Wilshire Boulevard, Suite 1400, Los Angeles, CA.

On <u>April 1, 2015</u>, I served a true copy of the within Notice of Errata and Correction Re Proof of Service of Summons served on Defendant Capri Apartments At Isla Vista, on the interested parties in this action by:

**X**      electronic transmission via CM/ECF to the persons indicated below:

Lisa A. Rothstein
Senior Deputy County Counsel
County of Santa Barbara
105 E. Anapamu Street
Suite 201
Santa Barbara, CA 93101
T: 805-568-2950
F: 805-568-2983
lrothst@co.santa-barbara.ca.us
*Attorneys for Defendants County of Santa Barbara and*
* Santa Barbara County Sheriff's Department*

**X**      (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on <u>April 1, 2015</u>, at Los Angeles, California

/s/Millie A. Capellan
Millie A. Capellan