POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN P. MCNICHOLAS III                                   33530 | |
| MCNICHOLAS & MCNICHOLAS | |
| 10866 WILSHIRE BLVD., SUITE 1400 | |
| LOS ANGELES, CA 90024 | |
| TELEPHONE: (310) 474-1582 | |

ATTORNEY FOR:
  USDC - LOS ANGELES
    STREET ADDRESS: per rule 2.150 (a)(8):
    MAILING ADDRESS: the address of the court is not required
  CITY AND ZIP CODE:
    BRANCH NAME:

| Plaintiff | JUNAN CHEN | CASE NUMBER: |
| Defendant | COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) |
| | | Clt. Ref. or File No.: |
| | PROOF OF SERVICE OF SUMMONS | UCSB |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; STANDING ORDER; NOTICE OF ASSIGNMENT TO UNITED STATED JUDGES

3.  a. [XX] Party served
        COUNTY OF SANTA BARBARA

    b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
        a person under item 5b on whom substituted service was made) (specify name and relationship to the party
        named in item 3a):
        CHELSEA LENZI, DEPUTY CLERK

4. Address where the party was served: 105 E. ANAPAMU STREET ROOM 407
                                        SANTA BARBARA CA 93101

5. I served the party (check proper box)
    a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
        to receive service of process for the party (1) on (date): 03/12/15 (2) at (time): 3:00 pm.

        (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
            served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
            on (date):          from (city):                or [__] a declaration of mailing is attached.
        (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Computer-generated form | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 |
| Judicial Council of California | | |
| POS-010 (Rev. January 1, 2007)    GO: 11 perlaf | | |


AX0211-15305618

| | | | |
|---|---|---|---|
| Plaintiff | JUNAN CHEN | CASE NUMBER: | |
| Defendant | COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) | |

    c. [   ] by mail and acknowledgment of receipt of service, I mailed the documents listed in item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid.

        (1) on (date):            (2) from (city):
        (3) [   ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4) and a postage paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ. Proc., 415.30).)

        (4) [   ] to an address outside California with return receipt requested. (Code Civ. Proc., 415.40)
    d. [   ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [   ] as an individual defendant.
    b. [   ] as the person sued under the fictitious name of (specify):

    c. [   ] as occupant/tenant.
    d. [XX] on behalf of:
        COUNTY OF SANTA BARBARA

    under the following Code of Civil Procedure section:
      [   ] CCP 416.10 (corporation)           [   ] 416.60 (minor)
      [   ] 416.20 (defunct corporation)       [   ] 416.70 (ward or conservatee)
      [   ] 416.30 (joint stock or company association)   [   ] 416.90 (authorized person)
      [   ] 416.40 (association or partnership)     [   ] 415.46 (occupant/tenant)
      [XX] 416.50 (public entity)            [   ] other:
      [   ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: R. CARTER
    b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
    c. Telephone number: (213) 928-7247
    d. The fee for service was: $    60.95   (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
        (1) [   ] not a registered California process server.
        (2) [   ] exempt from registration under Business and Professions Code Section 22350(b).
        (3) [XX] registered California process server:
            (i) [   ] Owner   [   ] Employee   [XX] Independent contractor.
            (ii) Registration No.: 241
            (iii) County: Santa Barbara

8. [XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 03/13/15

R. CARTER
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

Computer-generated form     **PROOF OF SERVICE OF SUMMONS**     Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)     GO: 11