POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN P. MCNICHOLAS III                                33530 | |
| MCNICHOLAS & MCNICHOLAS | |
| 10866 WILSHIRE BLVD., SUITE 1400 | |
| LOS ANGELES, CA 90024 | |
| TELEPHONE: (310) 474-1582 | |
| ATTORNEY FOR: | |
| USDC - LOS ANGELES | |
| STREET ADDRESS: per rule 2.150 (a)(8): | |
| MAILING ADDRESS: the address of the court is not required | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

| Plaintiff  JUNAN CHEN | CASE NUMBER: |
| Defendant  COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) |
| | Clt. Ref. or File No.: |
| PROOF OF SERVICE OF SUMMONS | UCSB |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; STANDING ORDER; NOTICE OF ASSIGNMENT TO UNITED STATED JUDGES

3. a. [XX] Party served
      SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT

   b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      CHELSEA LENZI, DEPUTY CLERK

4. Address where the party was served: 105 E. ANAPAMU STREET ROOM 407
                                         SANTA BARBARA, CA 93101

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 03/12/15 (2) at (time): 3:00 pm.

      (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on (date):          from (city):          or [__] a declaration of mailing is attached.
      (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Computer-generated form | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, 417.10 |
| Judicial Council of California | | |
| POS-010 (Rev. January 1, 2007)    GO: 11 perlaf | | AX0211-15305616 |

| | | |
|---|---|---|
| Plaintiff | JUNAN CHEN | CASE NUMBER: |
| Defendant | COUNTY OF SANTA BARBARA | CV-15-1509-JFW (JEMX) |

    c. [   ] by mail and acknowledgment of receipt of service, I mailed the documents listed
        in item 2 to the party, to the address shown in Item 4, by first-class mail,
        postage prepaid.

        (1) on (date):            (2) from (city):
        (3) [   ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4))
            and a postage paid return envelope addressed to me. (Attach completed
            Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
            Proc., 415.30).)

        (4) [   ] to an address outside California with return receipt requested.
            (Code Civ. Proc., 415.40)
    d. [   ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [   ] as an individual defendant.
    b. [   ] as the person sued under the fictitious name of (specify):

    c. [   ] as occupant/tenant.
    d. [XX] on behalf of:
        SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT

        under the following Code of Civil Procedure section:
        [   ] CCP 416.10 (corporation)          [   ] 416.60 (minor)
        [   ] 416.20 (defunct corporation)       [   ] 416.70 (ward or conservatee)
        [   ] 416.30 (joint stock or company association)  [   ] 416.90 (authorized person)
        [   ] 416.40 (association or partnership)    [   ] 415.46 (occupant/tenant)
        [XX] 416.50 (public entity)            [   ] other:
        [   ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: R. CARTER
    b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
    c. Telephone number: (213) 928-7247
    d. The fee for service was: $  149.95   (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
        (1) [   ] not a registered California process server.
        (2) [   ] exempt from registration under Business and Professions Code
            Section 22350(b).
        (3) [XX] registered California process server:
            (i) [   ] Owner    [   ] Employee    [XX] Independent contractor.
            (ii) Registration No.: 241
            (iii) County: Santa Barbara

8. [XX] I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
    or
9. [   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 03/13/15

R. CARTER                                                                                                      
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

Computer-generated form        PROOF OF SERVICE OF SUMMONS        Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)     GO: 11