Eugene J. Egan (State Bar No. 130108)
  *eje@manningllp.com*
Christopher A. Kanjo (State Bar No. 128015)
  *cak@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,,<br><br>Defendants. | Case No. 2:15-CV-01509 JFW-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (C.D. CAL. L.R. 8-3)**<br><br>Complaint Served: March 19, 2015<br>Current Response Date: April 9, 2015<br>New Response Date: May 8, 2015 |

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

It is hereby stipulated by and between plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs") and defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") ("defendant") as follows:

Defendant shall have an extension of time in which to answer or otherwise respond to plaintiffs' complaint, up to and including May 8, 2015, which is a date not more than 30 days from April 9, 2015, when this defendant's response to plaintiffs' complaint was initially due.

DATED: April 7, 2015  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/Christopher A. Kanjo
Christopher A. Kanjo
Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")

DATED: April 7, 2015  **McNICHOLAS & McNICHOLAS, LLP**

**BECKER LAW GROUP**

By: /s/ Patrick McNicholas
Patrick McNicholas
David Angeloff
Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG