Eugene J. Egan (State Bar No. 130108)
  *eje@manningllp.com*
Christopher A. Kanjo (State Bar No. 128015)
  *cak@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,,<br><br>Defendants. | Case No. 2:15-CV-01509 JFW-JEM<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES (C.D.Cal. L.R. 7.1-1)** |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The undersigned, as counsel of record for defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") ("defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to C.D. Cal. Local Rule 7.1-1, to enable the Court to evaluate possible

disqualification or recusal:

1. JUNAN CHEN (plaintiff);
2. KELLY YAO WANG (plaintiff);
3. CHANGSHUANG WANG (plaintiff);
4. JINSHUANG LIU (plaintiff);
5. LICHU CHEN (plaintiff);
6. WENQUEI HONG (plaintiff);
7. HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") (defendant);
8. COUNTY OF SANTA BARBARA (defendant);
9. SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT (defendant); and
10. ASSET CAMPUS HOUSING (defendant).

DATED: April 7, 2015 

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/Christopher A. Kanjo
Christopher A. Kanjo
Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")