MICHAEL C. GHIZZONI, COUNTY COUNSEL
LISA A. ROTHSTEIN, SR. DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: lrothst@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: CV 15-1509-JFW (JEMx)<br><br>**PROPOSED ORDER ON DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS COMPLAINT (FRCP 12(b)(6))**<br><br>[Filed concurrently with Motion to Dismiss Complaint]<br><br>Judge: Hon. John F. Walter<br>Courtroom: 16 – Spring Street<br>Date of Hearing: June 8, 2015 |
|---|---|

Having considered Defendants' Motion to Dismiss Plaintiffs' Complaint and Plaintiffs' Opposition to these Motions; the Reply and all other papers on file in this matter,

**IT IS HEREBY ORDERED** that:

1. Defendants County of Santa Barbara and Santa Barbara County Sheriff's Department's Motion to Dismiss is granted pursuant to Federal Rule of

Civil Procedure 12(b)(6) on the ground that Plaintiffs' Complaint does not state a claim on which relief can be granted for denial of due process.

2. _____
_____
_____

IT IS SO ORDERED.

Dated: _____, 2015         _____
                                         HON. JOHN F. WALTER
                                         United States District Court
                                         Central District of California

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**PROPOSED ORDER ON SANTA BARBARA COUNTY DEFENDANTS' MOTION TO DISMISS**
2.

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On May 4, 2015, I served a true copy of the within **PROPOSED ORDER ON DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS COMPLAINT (FRCP 12(b)(6))** on the interested parties in this action by:

☒ electronic transmission via CM/ECF to the persons indicated below:

Todd Becker
Inna S. Demin
BECKER LAW GROUP
3750 E. Anaheim St., Suite 100
Long Beach, CA 90804
demin@toddbeckerlaw.com
becker@toddbeckerlaw.com

Patrick McNicholas
David Angeloff
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
pmc@mcnicholaslaw.com
da@mcnicholaslaw.com

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 4, 2015, at Santa Barbara, California.

/s/
Sue Collisson

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**PROPOSED ORDER ON SANTA BARBARA COUNTY DEFENDANTS' MOTION TO DISMISS**
3.