UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-1509-JFW (JEMx)**                                    Date: May 7, 2015

Title:     Junah Chen, et al. -v- County of Santa Barbara, et al.

**PRESENT:**
HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                                    None Present
Courtroom Deputy                                  Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**              **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                              None

**PROCEEDINGS (IN CHAMBERS):**    ORDER STRIKING DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S MOTION TO DISMISS COMPLAINT (FRCP 12(b)(6)) [filed 5/4/15; Docket No. 25]

On May 4, 2015, Defendants County of Santa Barbara and Santa Barbara County Sheriff's Department (collectively, "Santa Barbara Defendants") filed a Motion to Dismiss Complaint (FRCP 12(b)(6)) ("Motion").  Although the Santa Barbara Defendants represent in their Notice of Motion that a conference of counsel pursuant to Local Rule 7-3 took place on March 16, 2015, they failed to file the joint statement indicating the date, duration, communication method of the conference, the participants in the conference, and the issues discussed and resolved during the conference and issues still remaining that is required pursuant to paragraph 5(b) of the Court's March 5, 2015 Standing Order.

Accordingly, the Santa Barbara Defendants' Motion is **STRICKEN**.  The Santa Barbara Defendants shall answer the Complaint by May 13, 2015.

IT IS SO ORDERED.