Eugene J. Egan (State Bar No. 130108)
  eje@manningllp.com
Christopher A. Kanjo (State Bar No. 128015)
  cak@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant HI DESERT
MOBILE HOME PARK LP (erroneously
sued as "CAPRI APARTMENTS AT
ISLA VISTA")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,,<br><br>Defendants. | Case No. 2:15-CV-01509 JFW-JEM<br><br>**STIPULATION RE; FILING OF FIRST AMENDED COMPLAINT**<br><br><br>Complaint Served: March 19, 2015<br>Current Response Date: May 8, 2015<br>New Response Date: May 22, 2015 |

TO THE COURT, TO ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

RECITALS:

On May 6, 2015, counsel for plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs") and counsel for defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA

VISTA") ("defendant") met and conferred by telephone in accordance with C.D. Cal. Local Rule 7-3 and Section 5.b. of this Court's Standing Order of March 5, 2015 (Doc. 7) to discuss defendant's proposed motion to dismiss plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6). At the conclusion of this conference, it was agreed that plaintiffs would amend their complaint in this action.

Accordingly, IT IS HEREBY STIPULATED by and between plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs") and defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") ("defendant"), through their respective attorneys of record, as follows:

1. Plaintiffs shall have up to and including May 20, 2015, in which to file a first amended complaint in this action.

2. Defendant shall have up to and including May 27, 2015, in which to file a response to plaintiffs' first amended complaint.

DATED: May 7, 2015

McNICHOLAS & McNICHOLAS, LLP
BECKER LAW GROUP

By: /s/ Patrick McNicholas
Patrick McNicholas
David Angeloff
Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG

///
///
///
///
///
///
///

| | | |
|---|---|---|
| DATED: May 7, 2015 | | **MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP** |

By:    /s/Christopher A. Kanjo
      Christopher A. Kanjo
      Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")