**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive,,<br><br>Defendants. | Case No. 2:15-CV-01509 JFW-JEM<br><br>**ORDER ON STIPULATION RE; FILING OF FIRST AMENDED COMPLAINT**<br><br><br>Complaint Served: March 19, 2015<br>Current Response Date: May 8, 2015<br>New Response Date: May 22, 2015 |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

The Court has read and considered the "Stipulation re: Filing Of First Amended Complaint" submitted by counsel for plaintiffs JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs") and counsel for defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") ("defendant").

1  Good cause appearing, this Court makes the following orders:

2  1.  IT IS ORDERED THAT plaintiffs shall have up to and including May 20, 2015, in which to file a first amended complaint in this action.

2.  IT IS FURTHER ORDERED THAT defendant shall have up to and including May 27, 2015, in which to file a response to plaintiffs' first amended complaint.

DATED: May 11, 2015

_____
The Honorable John F. Walter
United States District Court Judge