MICHAEL C. GHIZZONI, COUNTY COUNSEL
LISA A. ROTHSTEIN, SR. DEPUTY (Bar No. 201611)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: lrothst@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>       Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>       Defendants. | Case No: CV 15-1509-JFW (JEMx)<br><br>**DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO COMPLAINT FOR DAMAGES**<br><br>Judge: Hon. John F. Walter<br>Courtroom:   16 – Spring Street |

Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT (hereinafter "County Defendants"), answer plaintiff's Complaint for Damages as follows:

### JURISDICTION AND VENUE

1.  Answering Paragraph 1, County Defendants admit all allegations.

2.  Answering Paragraph 2, County Defendants admit that venue is proper and deny that any actions by County Defendants were unlawful.

3.      Answering Paragraph 3, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

4.      Answering Paragraph 4, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

5.      Answering Paragraph 5, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

6.      Answering Paragraph 6, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

7.      Answering Paragraph 7, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

8.      Answering Paragraph 8, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

9.      Answering Paragraph 9, County Defendants admit the first three sentences regarding the nature of the County, County employees and the Sheriff's Department and admit the final sentence regarding government liability in California.  County Defendants deny all remaining allegations.

10.   Answering Paragraph 10, County Defendants admit all allegations.

11.   Answering Paragraph 11, County Defendants admit that involved Deputies acted under color of authority and within the course and scope of their duties. As to all remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, denies each and every remaining allegation.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

12.   Answering Paragraph 12, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

13.   Answering Paragraph 13, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

14.   Answering Paragraph 14, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

15.   Answering Paragraph 15, County Defendants admit that Santa Barbara County Sheriff's Department Deputies were agents and employees of Santa Barbara County and were acting within the course and scope of their employment.  County Defendants deny all remaining allegations.

16.   Answering Paragraph 16, County Defendants deny all allegations therein.

17.   Answering Paragraph 17, this paragraph contains no factual allegations to which a response is required.

18.   Answering Paragraph 18, County Defendants admit all allegations.

19.   Answering Paragraph 19, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

20.   Answering Paragraph 20, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

//

//

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

COUNTY DEFENDANTS' ANSWER TO COMPLAINT
3.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

21.   Answering Paragraph 21, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

22.   Answering Paragraph 22, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

23.   Answering Paragraph 23, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

24.   Answering Paragraph 24, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

25.   Answering Paragraph 25, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

26.   Answering Paragraph 26, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

27.   Answering Paragraph 27, County Defendants admit that these are accurate quotes from Rodger's "manifesto" with the exception that he called the roommates "timid, geeky types" rather than "timid geeks." As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

28.   Answering Paragraph 28, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

29.   Answering Paragraph 29, County Defendants admit that this is an accurate quote from Rodger's "manifesto." As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

30.   Answering Paragraph 30, County defendants admit all allegations.

31.   Answering Paragraph 31, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

32.   Answering Paragraph 32, County Defendants admit that Elliot Rodger purchased a 9mm Sig Sauer P226R pistol on March 12, 2013 and admit that he purchased twelve Sig Sauer P226 9mm magazines.  County Defendants do not have sufficient information or knowledge to admit or deny where he purchased the ammunition.  These Defendants deny all remaining allegations.

33.   Answering Paragraph 33, these Defendants admit all allegations excluding the final sentence.  As to the allegation that Rodger returned home, bruised disheveled, and crying and told a neighbor at the Capri Apartments that he was going to "kill all those motherf__kers and kill myself," County Defendants do not have sufficient information or knowledge to admit or deny the allegations, and on that ground, deny these allegations.

34.   Answering Paragraph 34, County Defendants admit that Rodger told the Sheriff's Department Deputies that he had been pushed off the ledge by people at the party and made up a story that he was not the aggressor.  County Defendants further admit that there were no charges filed as a result of the incident.  As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

COUNTY DEFENDANTS' ANSWER TO COMPLAINT
5.

35.   Answering Paragraph 35, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every allegation therein.

36.   Answering Paragraph 36, these Defendants admit that on January 15, Rodger placed decedent Hong under citizen's arrest for taking his candles and called the Sheriff's Department.  County Defendants further admit that Deputies interviewed the parties, and after unsuccessfully attempting to assist them in reaching an agreement, arrested Hong after locating Rodger's candles in Hong's bed.  County Defendants admit that charges of petty theft were later dismissed due to insufficient evidence and that the Deputies did not conduct a weapons or background check on Rodger or conduct an on-line investigation.  As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

37.   Answering Paragraph 37, County Defendants admit that Rodger eventually planned to carry out the "day of retribution" on May 23, 2014.  As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

38.   Answering Paragraph 38, County Defendants admit that Rodger uploaded multiple videos to YouTube in April 2014 in which he expressed unhappiness and dissatisfaction.  As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

39.   Answering Paragraph 39, County Defendants admit that on April 30, 2014, Sheriff's Deputies went to Rodger's apartment on a "check the welfare" call after a staff member managing the crisis line for County Mental Health

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

requested they do so as a result of call regarding videos that Rodger had posted on YouTube.  County Defendants admit that the Deputies spoke to Rodger outside his apartment and did not request to enter the apartment, and that nobody from the Sheriff's Department watched the videos in question or other online activity.  County Defendants admit that nobody from the Sheriff's Department performed a gun check and that Rodger told them it was a "misunderstanding" and admit that the quote from Rodger's "manifesto" is accurate.

County Defendants deny that the mental health worker viewed the videos or believed that Rodger was a danger to himself or others and deny that this welfare check caused Rodger to adapt and expand his plans of violence, creating greater danger than existed previously and deny that the videos revealed that Rodger was a specific and preventable threat to anyone, and deny that the Sheriff's Department was possessed of actual or constructive knowledge of this threat.  County Defendants deny that through their conduct, they affirmed that Rodger was not dangerous, increasing the existing danger to Hong and Wang and their guests and creating and catalyzing a danger to Hong and Wang which did not exist before.  As to the remaining allegations, County Defendants do not have sufficient information or knowledge to form a belief as to the truth of these allegations and on that ground, deny each and every remaining allegation.

40.   Answering Paragraph 40, County Defendants admit that on May 23, 2014, Rodger emailed his "manifesto" to his parents and therapist after killing Hong, Wang and Chen with knives.  Defendants admit that Rodger went into Isla Vista and carried out a shooting rampage that killed another three people and wounded fourteen.

//

//

//

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## FIRST CAUSE OF ACTION
### VIOLATION OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT
### AGAINST DEFENDANTS COUNTY; SBCSD; AND DOES 1-50, INCLUSIVE

41.   Insofar as a response is required to Paragraph 41, County Defendants incorporate their responses to Paragraphs 1-40 as set forth in this Answer.

42.   Answering Paragraph 42, County Defendants deny all allegations.

43.   Answering Paragraph 43, County Defendants admit that Deputies acted under color of state law and pursuant to department policy.  County Defendants contend that the phrase "official written and unwritten policy and custom" is overly vague and cannot be answered and therefore County Defendants deny that Deputies acted pursuant to these.  County Defendants deny all remaining allegations.

44.   Answering Paragraph 44, County Defendants deny all allegations.

45.   Answering Paragraph 45, County Defendants deny all allegations.

46.   Answering Paragraph 46, County Defendants deny all allegations.

47.   Answering Paragraph 47, County Defendants deny all allegations.

48.   Answering Paragraph 48, County Defendants deny all allegations.

## SECOND CAUSE OF ACTION
### NEGLIGENCE
### AGAINST CAPRI, ASSET AND DOES 51-100, INCLUSIVE

49.   Plaintiffs' Second Cause of Action at paragraphs 49-55 is not brought against the County Defendants and makes no allegations against the County Defendants and therefore these Defendants make no Answer to this Cause of Action.

## PRAYER FOR RELIEF

On page 15 of the Complaint, Plaintiff makes a Prayer for Relief which sets forth his alleged damages and does not assert material allegations requiring an Answer.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

COUNTY DEFENDANTS' ANSWER TO COMPLAINT
8.

AFFIRMATIVE DEFENSES

50.     For a First Affirmative Defense, the Complaint for Damages fails to state facts sufficient to constitute a cause of action against the County Defendants.

51.     For a Second Affirmative Defense, the Complaint for Damages fails to state a cause of action against this answering Defendant, for, pursuant to *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658, there can be no recovery for federal civil rights violation where there is no constitutional deprivation occurring pursuant to governmental custom, policy or practice.

52.     For a Third Affirmative Defense, Plaintiffs' allegations do not support the existence of a custom or policy, or failure to train, of the kind of duration and consistency that is necessary under *Monell* and *City of Canton v. Harris,* (1989) 489 U.S. 378, 392.

53.     For a Fourth Affirmative Defense, Plaintiff's damages were caused by a third party, and not by these County Defendants.

54.     For a Fifth Affirmative Defense, County Defendants are not liable in Due Process for harm caused by private parties. *Kennedy v. City of Ridgefield* 439 F.3d 1055, 1061 (9th Cir. 2006).

55.     For a Sixth Affirmative Defense, the state-created danger rule does not apply because County Defendants did not expose the Plaintiffs or the Plaintiffs' decedents to a greater danger than they otherwise would have faced.

56.     For a Seventh Affirmative Defense, the state-created danger rule does not apply because the danger posed by Elliot Rodger was not known or obvious to County Defendants.

57.     For an Eighth Affirmative Defense, the state-created danger rule does not apply and County Defendants are not liable for a due process violation because they did not act with deliberate indifference towards the Plaintiffs or their

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

decedents nor did they act with deliberate indifference to the danger posed by Elliot Rodger.

58.     For a Ninth Affirmative Defense, Plaintiffs do not have a due process right to the benefits they would have received if County Defendants had arrested or otherwise restrained or restricted the activities of Elliot Rodger prior to May 23, 2014.

59.     County Defendants are entitled to all other applicable immunities provided by federal law not specifically set forth herein and specifically reserve the right to add or to amend this Answer prior to the date of the Pre-Trial Conference in order to conform the pleadings to established evidence.

WHEREFORE, these Defendants pray as follows:

1.  That Plaintiffs takes nothing by reason of their Complaint as to these Defendants, that judgment be rendered in favor of the County Defendants;

2.  That County Defendants be awarded its costs of suit incurred in defense of this action; and attorney's fees pursuant to 42 U.S.C. Section 1983; and

3. For such other relief as the Court deems proper.

Dated:  May 13, 2014                    MICHAEL C. GHIZZONI
                                        COUNTY COUNSEL


                                        By: ___/s/_____
                                        Lisa A. Rothstein
                                        Sr. Deputy County Counsel
                                        Attorneys for Defendant
                                        COUNTY OF SANTA BARBARA

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

COUNTY DEFENDANTS' ANSWER TO COMPLAINT
10.

## DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On May 13, 2015, I served a true copy of the within DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO COMPLAINT FOR DAMAGES on the interested parties in this action by:

☒   electronic transmission via CM/ECF to the persons indicated below:

Todd Becker
Inna S. Demin
BECKER LAW GROUP
3750 E. Anaheim St., Suite 100
Long Beach, CA  90804
demin@toddbeckerlaw.com
becker@toddbeckerlaw.com

Patrick McNicholas
David Angeloff
MCNICHOLAS & MCNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, CA  90024
pmc@mcnicholaslaw.com
da@mcnicholaslaw.com

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 13, 2015, at Santa Barbara, California.

_____/s/_____
D'Ann Marvin