1 | Eugene J. Egan (State Bar No. 130108)
   *eje@manningllp.com*
2 | Christopher A. Kanjo (State Bar No. 128015)
   *cak@manningllp.com*
3 | **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4 | 801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
5 | Telephone: (213) 624-6900
Facsimile: (213) 624-6999
6 |
7 | Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")
8 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING, and DOES 1 through 200, Inclusive,<br><br>    Defendants. | Case No. 2:15-CV-01509 JFW (JEMx)<br><br>**JOINT STATEMENT OF COUNSEL PURSUANT TO § 5(b) OF THE COURT'S STANDING ORDER [DOC. 7] RE: DEFENDANT CAPRI'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>The Hon. John F. Walter<br><br>Trial Date:    Not Set |

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    In accordance with C.D. Cal. LR 7-3 and section 5(b) of this Court's "Standing Order" of March 5, 2015 (Doc. 7), on May 26, 2015, Attorney Christopher Kanjo of Manning & Kass Ellrod Ramirez & Trester LLP on behalf of defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI

1

APARTMENTS AT ISLA VISTA") ("defendant Capri"), and Attorney Patrick McNicholas and Attorney David Angeloff of McNicholas & McNicholas LLP, on behalf of plaintiffs JUNAN CHEN, KELLY YAO WANG, HANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs") met and conferred by telephone to discuss defendant Capri's motion to dismiss plaintiffs' first amended complaint.

Specifically, counsel for the respective parties discussed the issue of the sufficiency of plaintiffs' allegations to demonstrate whether defendant Capri had actual notice of prior incidents involving the assailant Elliot Rodger ("Rodger") in order to impose a duty upon defendant Capri to protect plaintiffs' decedents from Rodger's criminal actions. The position of defendant Capri's counsel is that the allegations purporting to demonstrate that defendant Capri had actual knowledge are conclusory and without sufficient factual support. The position of plaintiffs' counsel is that their allegations are factually specific and sufficient to constitute a cause of action for negligence against defendant Capri.

This conference of counsel lasted approximately 12 minutes, with plaintiff's counsel agreeing to make a further review of the complaint in light of the conversation. (It is also noted that this was the second meet and confer on the issue of the sufficiency of the allegations, the first having been held on May 6, 2015, resulting in a Stipulation and proposed Order to file a First Amended Complaint (Docs. 29, 29-1).) After his further review, Attorney McNicholas advised Attorney Kanjo via email of plaintiffs' position. Counsel for the respective parties were

///
///
///
///
///
///

2

unable to resolve their differences on the issue, and it was acknowledged and understood that defendant would file a motion to strike on May 27, 2015.

DATED: May 27, 2015

**McNICHOLAS & McNICHOLAS, LLP**
**BECKER LAW GROUP**

By: _____s/Patrick McNicholas_____
Patrick McNicholas, Esq.
David Angeloff, Esq.
Attorneys for Plaintiffs,
JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG

DATED: May 27, 2015

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s Christopher A. Kanjo_____
Christopher A. Kanjo, Esq.
Attorneys for Defendant
HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")