# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING, and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. 2:15-CV-01509- JFW (JEMx)<br>[The Hon. John F. Walter]<br><br>**[PROPOSED]**<br>**ORDER ON MOTION BY DEFENDANT HI DESERT MOBILE HOME PARK L.P. TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FILED MAY 20, 2015**<br><br>Date:  June 29, 2015<br>Time: 1:30 p.m.<br>Ctrm, 16<br><br>Trial Date:         Not Set |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

The motion of defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") ("defendant Capri") to dismiss portions of the first amended complaint of Plaintiffs JUNAN CHEN, KELLY YAO WANG, HANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG ("plaintiffs"), came on regularly for hearing before this Court as duly noticed.

1

1    The Court has read and considered all of the papers filed in support of, and in
2 opposition to, this motion. The Court has heard and considered the arguments of
3 counsel at the time of the hearing. Good cause appearing, this Court makes the
4 following orders:

5    1.    IT IS ORDERED THAT the second cause of action for negligence in
6 the first amended complaint of plaintiffs shall be dismissed as it fails to state a claim
7 upon which relief can be granted as against defendant Capri. (Fed.R.Civ.P.
8 12(b)(6)). The Court finds that plaintiffs' first amended complaint does not allege a
9 plausible claim for relief against defendant Capri. <u>Ashcroft v. Iqbal</u>, 556 U.S. 662,
10 677-678,129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009). Plaintiff's allegations are
11 insufficient to support the imposition of a duty upon defendant Capri to protect
12 plaintiffs' decedents from Rodgers' criminal acts. <u>Barber v. Chang</u>, 151 Cal. App.
13 4th 1456, 1464 (2007). Plaintiffs' allegations concerning defendant Capri's actual
14 knowledge of Rodger's propensity for violence are conclusory and not support by
15 sufficient factual allegations. <u>Margaret W. v. Kelley R.</u>, 139 Cal. App. 4th 141, 156
16 (2006); <u>Andrews v, Mobile Aire Estates</u>, 125 Cal.App.4th 578, 596 (2005).

DATED: _____, 2015

By: _____
The Honorable John F. Walter
U.S. District Court Judge

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

Submitted By:

Eugene J. Egan (State Bar No. 130108)
 *eje@manningllp.com*
Christopher A. Kanjo (State Bar No. 128015)
 *cak@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA")

3