1  William S. Kronenberg – 133730
   *wkronenberg@krolaw.com*
2  Stephen H. Fleischer-Ihn – 264974
   *Sfleischer-ihn@krolaw.com*
3  Kronenberg Law, P.C.
   1999 Harrison Street, Suite 1450
4  Oakland, CA  94612-4729
   Telephone:  (510) 254-6767
5  Facsimile:   (510) 788-4092

6  Attorneys for Defendant
   ASSET CAMPUS HOUSING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING, and DOES 1 through 200, Inclusive,<br><br>  Defendants. | Case No.: 2:15-CV-01509-JFW (JEMx)<br><br>**DEFENDANT'S NOTICE OF INTERESTED PARTIES (C.D.CAL L.R. 7.1-1)**<br><br>Judge: Hon. John F. Walter<br>Courtroom 16 – Spring Street |
|---|---|

TO THE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The undersigned, as counsel of record for Defendant ASSET CAMPUS HOUSING, INC. ("Defendant"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made pursuant to C.D. Cal. Local Rule 7.1-1, to enable the Court to evaluate possible disqualification or recusal:

1. JUNAN CHEN (plaintiff);

2. KELLY YAO WANG (plaintiff);

3. CHANGSHUANG WANG (plaintiff);

4. JINSHUANG LIU (plaintiff);

5. LICHU CHEN (plaintiff);

6. WENQUEI HONG (plaintiff);

7. HI DESERT MOBILE HOME PARK LP (erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") (defendant);

8. COUNTY OF SANTA BARBARA (defendant);

9. SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT (defendant); and

10. ASSET CAMPUS HOUSING (defendant).

DATED: May 27, 2015              KRONENBERG LAW, P.C.


                                 By   /s/ William S. Kronenberg
                                    William S. Kronenberg
                                    Stephen H. Fleischer-Ihn
                                    Attorneys for Defendant
                                    ASSET CAMPUS HOUSING, INC.