# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Junah Chen, et al.** <br><br> v.                    Plaintiff(s) <br><br> **County of Santa Barbara, et al.** <br><br>                        Defendant(s). | CASE NUMBER: <br><br> **CV 15-1509-JFW (JEMx)** <br><br> ORDER VACATING SCHEDULING CONFERENCE <br> AND <br> REFERRAL TO ADR |

**The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.  The hearing on June 16, 2015 is vacated and taken off calendar.  A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.**

**The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:**

   **ORDERS** this case referred to:

   ☐ ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

   ☐ ADR PROCEDURE NO. 2:  This case is referred to the ADR Program.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

   ☒ **ADR PROCEDURE NO. 3: (Private mediation).**

   **The ADR proceeding is to be completed no later than: January 11, 2016**

   For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **June 2, 2015**

_____
United States District Judge

cc: ADR Coordinator