MICHAEL C. GHIZZONI, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: 2:15-cv-01509-JFW (JEMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Judge:  Hon. John F. Walter<br>Courtroom:   16 – Spring Street Fl. |

I, Mary Pat Barry, declare:

1. I am an attorney at law, duly licensed to practice in the State of California, and a Senior Deputy County Counsel in the Office of County Counsel for the County of Santa Barbara, attorneys for Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**DECLARATION OF LEAD COUNSEL RE: COMPLIANCE WITH ELECTRONIC FILING RULES**
1.

DEPARTMENT ("County defendants") in the above entitled matter. I have personal knowledge of all of the facts stated herein and, if called and sworn as a witness, I could and would testify competently thereto.

2. Lead trial counsel for County defendants, prior to May 18, 2015, was Lisa A. Rothstein. On March 18, 2015, Ms. Rothstein filed a "Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing" pursuant to and in compliance with this Court's "STANDING ORDER," Section 3(a).

3. Lead trial counsel responsibility in this matter was recently reassigned by Santa Barbara County Counsel. I am now lead trial counsel in this matter on behalf of County defendants. I filed a Notice of Appearance of Counsel on May 18, 2015 in this action.

4. I am a registered "ECF User" with the United States District Court for the Central District of California. My email address of record, as set forth in the caption above and registered with the ECF system, is mpbarry@co.santa-barbara.ca.us. I have consented to service and receipt of filed documents by electronic means in this action.

Dated: June 8, 2015    MICHAEL C. GHIZZONI
COUNTY COUNSEL

By: /S/ - Mary Pat Barry
    Mary Pat Barry
    Sr. Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S
DEPARTMENT

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**DECLARATION OF LEAD COUNSEL RE: COMPLIANCE WITH ELECTRONIC FILING RULES**
2.

# DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On June 8, 2015, I served a true copy of the within **DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** on the interested parties in this action by:

☐ by mail. I am familiar with the practice of the Office of Santa Barbara County Counsel for and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above mentioned documents would have been deposited with the United States Postal Service, after having been deposited and processed for postage with the County of Santa Barbara Central Mail Room.

☒ electronic transmission via CM/ECF to the persons indicated below:

**SEE ATTACHED SERVICE LIST**

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 8, 2015, at Santa Barbara, California.

/s/ - D'Ann Marvin
D'Ann Marvin

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**DECLARATION OF LEAD COUNSEL RE: COMPLIANCE WITH ELECTRONIC FILING RULES**
3.

# SERVICE LIST

*Chen, et al. v. County of Santa Barbara, et al.*

United States District Court Central District of California

Case No: 2:15-cv-01509-JFW(JEMx)

| | |
|---|---|
| Todd Becker<br>Inna S. Demin<br>BECKER LAW GROUP<br>3750 E. Anaheim St., Suite 100<br>Long Beach, CA 90804<br><br>demin@toddbeckerlaw.com<br>becker@toddbeckerlaw.com | Patrick McNicholas<br>David Angeloff<br>MCNICHOLAS & MCNICHOLAS, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br><br>pmc@mcnicholaslaw.com<br>da@mcnicholaslaw.com |
| Eugene J. Egan<br>Christopher A. Kanjo<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA 90017<br><br>eje@manningllp.com<br>cak@manningllp.com | William S. Kronenberg<br>KRONENBERG LAW, PC<br>1999 Harrison St. Suite 1450<br>Oakland, CA 94612<br><br>wkronenberg@krolaw.com |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**DECLARATION OF LEAD COUNSEL RE: COMPLIANCE WITH ELECTRONIC FILING RULES**
4.