MICHAEL C. GHIZZONI, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive <br><br> Defendants. | Case No: 2:15-cv-01509-JFW (JEMx) <br><br> **DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** <br><br><br> Judge:  Hon. John F. Walter <br> Courtroom:   16 – Spring Street |

Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT (collectively "COUNTY"), by and through their counsel, in response to Plaintiffs' First Amended Complaint for Damages ("FAC") and pursuant to Federal Rule of Civil Procedure 8(b), admit or deny the allegations asserted against them by Plaintiffs and state their defense to each claim asserted against them as follows:

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

## JURISDICTION AND VENUE

1.     In response to the allegations of paragraph 1, COUNTY admits the allegations therein.

2.     In response to the allegations of paragraph 2, COUNTY admits that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this judicial district. Except as so admitted, COUNTY denies each and every allegation contained in the said paragraph.

3.     In response to the allegations of paragraph 3, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4.     In response to the allegations of paragraph 4, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5.     In response to the allegations of paragraph 5, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

6.     In response to the allegations of paragraph 6, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7.     In response to the allegations of paragraph 7, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

8.     In response to the allegations of paragraph 8, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9.     In response to the allegations of paragraph 9, COUNTY admits that it is a political subdivision of the State created under the laws of the State of California; that its principal place of business is located in the County of Santa Barbara, State of California; that its Sheriff's Department is a department of the County of Santa Barbara; and that California public entity liability is based upon the Government Claim Act commencing with Section 814 of the California Government Code. COUNTY denies responsibility for Plaintiff's injuries under 42 U.S.C. § 1983. COUNTY denies that its official policies, practices, and/or customs caused Plaintiffs' injuries. COUNTY denies that it is responsible for the actions of its employees under a respondeat superior theory. Except as so admitted and denied, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

10.    In response to the allegations of paragraph 10, COUNTY admits the allegations therein.

11.    In response to the allegations of paragraph 11, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

12.    In response to the allegations of paragraph 12, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

13.   In response to the allegations of paragraph 13, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14.   In response to the allegations of paragraph 14, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15.   In response to the allegations of paragraph 15, COUNTY denies the allegations as to named defendants CAPRI APARTMENTS AT ISLA VISTA and ASSET CAMPUS HOUSING. Except as so denied, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegations contained therein.

16.   In response to the allegations of paragraph 16, COUNTY denies each and every allegation therein.

17.   In paragraph 17, Plaintiffs make a statement of intent and do not assert any material allegations requiring an answer. To the extent this paragraph requires an answer, COUNTY denies each and every allegation contained therein.

18.   In response to the allegations of paragraph 18, COUNTY admits the allegations as to COUNTY. Except as so admitted, COUNTY is without is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

19.   In response to the allegations of paragraph 19, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20.  In response to the allegations of paragraph 20, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

21.  In response to the allegations of paragraph 21, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

22.  In response to the allegations of paragraph 22, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23.  In response to the allegations of paragraph 23, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24.  In response to the allegations of paragraph 24, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25.  In response to the allegations of paragraph 25, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

26.   In response to the allegations of paragraph 26, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27.   In response to the allegations of paragraph 27, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

28.   In response to the allegations of paragraph 28, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

29.   In response to the allegations of paragraph 29, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

30.   In response to the allegations of paragraph 30, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31.   In response to the allegations of paragraph 31, COUNTY admits that during or about December of 2012, Rodger purchased a Glock 34 semiautomatic pistol from Goleta Valley Gun & Supply, signing all paperwork in his own name.

32.   In response to the allegations of paragraph 32, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

33.   In response to the allegations of paragraph 33, COUNTY admits the allegations contained therein.

34.   In response to the allegations of paragraph 34, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35.   In response to the allegations of paragraph 35, COUNTY admits on or about July 21, 2013 two SBCSD officers contacted Rodger at the hospital; that Rodger told an officer that he had been pushed off a ledge; and that the officers interviewed a person who said Rodger pushed two females. COUNTY denies that SBCSD officers did no further follow up and the matter was dropped. Except as so admitted and denied, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

36.   In response to the allegations of paragraph 36, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

37.   In response to the allegations of paragraph 37, COUNTY admits the following: on or about January 15, 2014, Rodger placed Cheng Yuan Hong under citizen's arrest for petty theft; SBCSD officers arrived at Apt. #7 and spoke with Hong; Hong alleged that Rodger took Hong's rice bowl and moved Hong's property around the apartment; at that time SBCSD officers did not do a background check on Rodger; at that time SBCSD officers did not do a gun check on Rodger; at that time SBCSD officers did not look online to investigate Rodger. COUNTY denies that SBCSD deputies proceeded to arrest Hong. Except as so admitted and denied, COUNTY is without sufficient knowledge or

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

38.   In response to the allegations of paragraph 38, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.   In response to the allegations of paragraph 39, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.   In response to the allegations of paragraph 40, COUNTY admits that on or about April 30, 2014, SBCSD officers checked on Rodger; spoke to Rodger at his apartment; did not perform any gun check before or after speaking to Rodger; and did not search Rodger's room. COUNTY denies that SBCSD officers, on or about April 30, 2014, acted recklessly and with deliberate indifference. COUNTY denies that on or about April 30, 2014, SBCSD officers had actual or constructive particular knowledge that Elliot Rodger's YouTube videos had revealed that he was a specific and preventable threat to the other persons living in his apartment. COUNTY denies that on or about April 30, 2014, SBCSD officers' conduct affirmed that Rodger was not dangerous, increasing the existing danger to Hong and Wang and their guests and creating and catalyzing a danger to Hong and Wang which did not exist before.  Except as so admitted and denied, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

41.   In response to the allegations of paragraph 41, COUNTY admits that on or about May 23, 2014, Rodger e-mailed his "manifesto" to his parents, family friends, and at least one therapist after killing Hong, Wang and Chen with knives in the apartment of Rodger, Hong and Wang and subsequently carried out a shooting rampage in Isla Vista that left three more people dead and fourteen wounded. Except as so admitted, COUNTY is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every remaining allegation contained therein.

## FIRST CAUSE OF ACTION

## VIOLATION OF DUE PROCESS UNDER THE FOURTEENTH AMENDMENT (42 U.S.C. § 1983) (AGAINST DEFENDANTS COUNTY; SBCSD; AND DOES 1-50, INCLUSIVE)

42.   In paragraph 42, Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1 through 41 of the First Amended Complaint. Insofar as a response is required to paragraph 42, COUNTY incorporates by reference COUNTY's individual responses to those allegations contained in this Answer.

43.   In response to the allegations of paragraph 43, COUNTY denies each and every allegation contained therein.

44.   In response to the allegations of paragraph 44, COUNTY denies each and every allegation contained therein.

45.   In response to the allegations of paragraph 45, COUNTY denies each and every allegation contained therein.

46.   In response to the allegations of paragraph 46, COUNTY denies each and every allegation contained therein.

47.   In response to the allegations of paragraph 47, COUNTY denies each and every allegation contained therein.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

48.   In response to the allegations of paragraph 48, COUNTY denies each and every allegation contained therein.

49.   In response to the allegations of paragraph 49, COUNTY denies each and every allegation contained therein.

## SECOND CAUSE OF ACTION

## NEGLIGENCE (AGAINST DEFENDANTS CAPRI, ASSET AND DOES 51-100, INCLUSIVE)

50.   Plaintiffs' Second Cause of Action for Negligence as set forth in paragraphs 50 through 57 of the First Amended Complaint is not brought against COUNTY; COUNTY therefore makes no response to the allegations contained in paragraphs 50 through 57.

## COUNTY'S AFFIRMATIVE DEFENSES

50.   For a First Affirmative Defense, the First Amended Complaint for Damages fails to state facts sufficient to constitute a cause of action against the County Defendants.

51.   For a Second Affirmative Defense, COUNTY asserts that it is not liable pursuant to *Monell v. Dep't of Social Services of the City of New York*, 436 U.S. 658, 694, 98 S.Ct. 2018, 56 L.Ed.2d 611, because there can be no recovery under 42 U.S.C. § 1983 against a local public entity when the action alleged to be unconstitutional is not action implementing or executing a COUNTY policy, custom, or practice.

52.   For a Third Affirmative Defense, Plaintiffs' allegations do not support the existence of a custom or policy, or failure to train, of the kind of duration and consistency that is necessary under *Monell* and *City of Canton v. Harris*, 489 U.S. 378, 109 S.Ct. 1197, 103 L.Ed.2d 412 (1989); *City of Oklahoma v. Tuttle*, 471 U.S. 808, 824, 105 S.Ct. 2427, 85 L.Ed.2d 791 (1985).

53.   For a Fourth Affirmative Defense, Plaintiffs' alleged damages were caused by a third party, and not by COUNTY.

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

54.     For a Fifth Affirmative Defense, COUNTY is not liable under the Due Process Clause of the Fourteenth Amendment of the U.S. Constitution for failure to protect an individual against private violence. *DeShaney v. Winnebago County Dep't of Social Services,* 489 U.S. 189, 197, 109 S.Ct. 998, 103 L.Ed.2d 249 (1989); *Patel v. Kent School District,* 648 F.3d 965, 968 (9th Cir. 2011).

55.     For a Sixth Affirmative Defense, COUNTY cannot be held liable under the state-created danger exception to the general rule of no governmental entity/agent liability for failure to protect against private violence because COUNTY did not expose the Plaintiffs or the Plaintiffs' decedents to a greater danger than they otherwise would have faced.

56.     For a Seventh Affirmative Defense, COUNTY cannot be held liable under the state-created danger exception to the general rule of no governmental entity/agent liability for failure to protect against private violence because the danger posed by Rodger was not known or obvious to COUNTY. *L.W. v. Grubbs,* 92 F.3d 894, 900 (9th Cir. 1996).

57.     For an Eighth Affirmative Defense, COUNTY cannot be held liable under the state-created danger exception to the general rule of no governmental entity/agent liability for failure to protect against private violence because COUNTY did not act with deliberate indifference. *L.W. Grubbs,* 92 F.3d 894, 900 (9th Cir. 1996); *Patel v. Kent School District,* 648 F.3d 965, 974 (9th Cir. 2011).

58.     For a Ninth Affirmative Defense, Plaintiffs do not have a right protected by the Due Process Clause of the Fourteenth Amendment to the benefits they would have received if COUNTY had arrested or otherwise restrained or restricted Rodger's activities prior to May 23, 2014.

59.     COUNTY is entitled to all other applicable immunities provided by federal law not specifically set forth herein and specifically reserves the right to

//

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

add or to amend this Answer prior to the date of the Pre-Trial Conference in order to conform the pleadings to established evidence.

WHEREFORE, COUNTY prays as follows:

1.      That Plaintiffs take nothing as against COUNTY by way of their First Amended Complaint;

2.      For costs of suit;

3.      For an award of reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and

4.      For such other and further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

COUNTY OF SANTA BARBARA and COUNTY OF SANTA BARBARA SHERIFF'S DEPARTMENT demand a jury trial. Fed. R. Civ. P. 38.

Dated:  June 8, 2015                    MICHAEL C. GHIZZONI
                                        COUNTY COUNSEL


                                        By: /S/ - Mary Pat Barry
                                            Mary Pat Barry
                                            Sr. Deputy County Counsel
                                        Attorneys for Defendants
                                        COUNTY OF SANTA BARBARA and
                                        SANTA BARBARA COUNTY
                                        SHERIFF'S DEPARTMENT

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

COUNTY DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT
12.

# DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On June 8, 2015, I served a true copy of the within **DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT'S ANSWER TO FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** on the interested parties in this action by:

☐ by mail. I am familiar with the practice of the Office of Santa Barbara County Counsel for and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above mentioned documents would have been deposited with the United States Postal Service, after having been deposited and processed for postage with the County of Santa Barbara Central Mail Room.

☒ electronic transmission via CM/ECF to the persons indicated below:

## SEE ATTACHED SERVICE LIST

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 8, 2015, at Santa Barbara, California.

/s/ - D'Ann Marvin
D'Ann Marvin

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**SERVICE LIST**

*Chen, et al. v. County of Santa Barbara, et al.*

United States District Court Central District of California

Case No: 2:15-cv-01509-JFW(JEMx)

| | |
|---|---|
| Todd Becker<br>Inna S. Demin<br>BECKER LAW GROUP<br>3750 E. Anaheim St., Suite 100<br>Long Beach, CA 90804<br><br>demin@toddbeckerlaw.com<br>becker@toddbeckerlaw.com | Patrick McNicholas<br>David Angeloff<br>MCNICHOLAS & MCNICHOLAS, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br><br>pmc@mcnicholaslaw.com<br>da@mcnicholaslaw.com |
| Eugene J. Egan<br>Christopher A. Kanjo<br>MANNING & KASS, ELLROD,<br>RAMIREZ, TRESTER, LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA 90017<br><br>eje@manningllp.com<br>cak@manningllp.com | William S. Kronenberg<br>KRONENBERG LAW, PC<br>1999 Harrison St. Suite 1450<br>Oakland, CA 94612<br><br>wkronenberg@krolaw.com |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950