1  William S. Kronenberg – 133730
   *wkronenberg@krolaw.com*
2  Stephen H. Fleischer-Ihn – 264974
   *Sfleischer-ihn@krolaw.com*
3  Kronenberg Law, P.C.
1999 Harrison Street, Suite 1450
4  Oakland, CA  94612-4729
Telephone:  (510) 254-6767
5  Facsimile:   (510) 788-4092

6  Attorneys for Defendant
ASSET CAMPUS HOUSING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING, and DOES 1 through 200, Inclusive,<br><br>    Defendants. | Case No.: 2:15-CV-01509-JFW (JEMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Judge: Hon. John F. Walter<br>Courtroom 16 – Spring Street |

I, William S. Kronenberg, declare:

1. I am an attorney at law, duly licensed to practice in the State of California, with Kronenberg Law, P.C., attorneys of record for Defendant ASSET CAMPUS HOUSING, INC. ("Asset"). I have personal knowledge of all the facts stated herein and, if called and sworn as a witness, I could and would testify competently thereto.

2. I am lead trial counsel in this matter on behalf of Asset.

3. I am a registered "ECF User" with the United States District Court for the Central District of California. My email address of record, as set forth in the caption

1 above and registered with the ECF system, is wkronenberg@kronenberlaw.com. I have
2 consented to service and receipt of filed documents by electronic means in this action.

3
4 DATED: June 8, 2015    KRONENBERG LAW, P.C.
5
6           By   /s/ William S. Kronenberg
            William S. Kronenberg
7             Stephen H. Fleischer-Ihn
            Attorneys for Defendant
8             ASSET CAMPUS HOUSING, INC.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, Shannon R. Young, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 1999 Harrison Street, Suite 1450, Oakland, CA 94612.

On June 8, 2015, I served the following document(s) on the parties in the within action:

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**

| XX | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |
|---|---|

| | |
|---|---|
| Todd Becker<br>Inna S. Demin<br>BECKER LAW GROUP<br>3750 E. Anaheim Street, Suite 100<br>Long Beach, CA 90804<br>T: (562) 495-1500<br>F: (562) 494-8904<br>becker@toddbeckerlaw.com<br>demin@toddbeckerlaw.com | Attorney for Plaintiffs |
| Patrick McNicholas<br>David Angeloff<br>MCNICHOLAS & MCNICHOLAS, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>T: (310) 474-1582<br>F: (310) 475-7871<br>pmc@mcnicholaslaw.com<br>da@mcnicholaslaw.com | Attorney for Plaintiffs |
| Eugene J. Egan<br>Christopher A. Kanjo<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP<br>801 S. Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>T: (213) 624-6900<br>F: (213) 624-6999<br>eje@manningllp.com<br>cak@manningllp.com | Attorney for Defendant<br>HI DESERT MOBILE HOME PARK LP<br>(erroneously sued as "CAPRI APARTMENTS AT ISLA VISTA") |

| | | |
|---|---|---|
| 1 | Michael C. Ghizzoni | Attorney for Defendants |
| 2 | Mary Pat Barry, Sr. Deputy<br>COUNTY OF SANTA BARBARA | COUNTY OF SANTA BARABARA AND<br>SANTA BARBARA COUNTY SHERIFF'S |
| 3 | 105 E. Anapamu Street, Suite 201<br>Santa Barbara, CA 93101 | DEPT. |
| 4 | T: (805) 568-2950<br>F: (805) 568-2983 | |
| 5 | mpbarry@co.santa-barbara.ca.us | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 8, 2015.

By  /s/ Shannon R. Young
     Shannon R. Young

DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING