MICHAEL C. GHIZZONI, COUNTY COUNSEL
MARY PAT BARRY, SR. DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA  93101
(805) 568-2950 / FAX: (805) 568-2983
E-mail: mpbarry@co.santa-barbara.ca.us

Attorneys for Defendants
COUNTY OF SANTA BARBARA and
SANTA BARBARA COUNTY SHERIFF'S DEPT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAN CHEN, KELLY YAO WANG, CHANGSHUANG WANG, JINSHUANG LIU, LICHU CHEN, and WENQUEI HONG,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA BARBARA; SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; CAPRI APARTMENTS AT ISLA VISTA; ASSET CAMPUS HOUSING; and DOES 1 through 200, Inclusive<br><br>Defendants. | Case No: 2:15-cv-01509-JFW (JEMx)<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hearing Date: October 26, 2015<br>Hearing Time: 1:30 p.m.<br><br>Judge:  Hon. John F. Walter<br>Courtroom:   16 – Spring Street Fl.<br><br>Trial Date: 04/26/16<br>FPTC Date: 04/08/16<br>Discovery Cut-off Date: 02/16/16 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on Monday, October 26, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 16 of the

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
1.

above-entitled court, located at 312 N. Spring St., Los Angeles, California, Defendants COUNTY OF SANTA BARBARA and SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT ("the County") will and hereby do move the court to take the following action:

1. For judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on grounds that Plaintiffs' First Amended Complaint, as against the moving defendants, shows beyond doubt that Plaintiffs can prove no set of facts in support of their claims that would entitle them to relief and therefore the County is entitled to judgment as a matter of law.

This motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities filed herewith, and the pleadings and papers on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

### Compliance with Local Rule 7-3

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by telephone conference on September 11, 2015. The Local Rule 7-3 conference details are set forth in the Joint Statement of Counsel Re: Local Rule 7-3 Conference Regarding Santa Barbara County Defendants' Motion for Judgment on the Pleadings, which was filed on September 18, 2015.

Dated: September 25, 2015    MICHAEL C. GHIZZONI
                                        COUNTY COUNSEL

                                        By: /S/ - Mary Pat Barry
                                          Mary Pat Barry
                                          Sr. Deputy County Counsel
                                      Attorneys for Defendants
                                      COUNTY OF SANTA BARBARA and
                                      SANTA BARBARA COUNTY SHERIFF'S
                                      DEPARTMENT

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
2.

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Santa Barbara County. I am over the age of eighteen years and not a party to the within entitled action; my business address is 105 East Anapamu Street, Suite 201, Santa Barbara, CA.

On September 25, 2015, I served a true copy of the within **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS BY DEFENDANTS COUNTY OF SANTA BARBARA AND SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** on the interested parties in this action by:

☐   by mail.  I am familiar with the practice of the Office of Santa Barbara County Counsel for and processing of correspondence for mailing with the United States Postal Service.  In accordance with the ordinary course of business, the above mentioned documents would have been deposited with the United States Postal Service, after having been deposited and processed for postage with the County of Santa Barbara Central Mail Room.

☒   electronic transmission via CM/ECF to the persons indicated below:

**SEE ATTACHED SERVICE LIST**

☒   (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 25, 2015, at Santa Barbara, California.

    /s/ - D'Ann Marvin
        D'Ann Marvin

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
 (805) 568-2950

# SERVICE LIST

*Chen, et al. v. County of Santa Barbara, et al.*

United States District Court Central District of California

Case No: 2:15-cv-01509-JFW(JEMx)

| | |
|---|---|
| Todd Becker<br>Inna S. Demin<br>BECKER LAW GROUP<br>3750 E. Anaheim St., Suite 100<br>Long Beach, CA 90804<br><br>demin@toddbeckerlaw.com<br>becker@toddbeckerlaw.com | Patrick McNicholas<br>David Angeloff<br>MCNICHOLAS & MCNICHOLAS, LLP<br>10866 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br><br>pmc@mcnicholaslaw.com<br>da@mcnicholaslaw.com |
| Eugene J. Egan<br>Christopher A. Kanjo<br>MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP<br>801 S. Figueroa St., 15th Floor<br>Los Angeles, CA 90017<br><br>eje@manningllp.com<br>cak@manningllp.com | William S. Kronenberg<br>KRONENBERG LAW, PC<br>1999 Harrison St. Suite 1450<br>Oakland, CA 94612<br><br>wkronenberg@krolaw.com |

COUNTY COUNSEL
County of Santa Barbara
105 East Anapamu Street
Santa Barbara, CA 93101
(805) 568-2950

**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**
4.